IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PETER PRITCHETT, JR., #284 708, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 3:13cv-712-WHA ) |
| POLICE OFFICER DEREK FARR, et al., | ) (WO) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #39), entered on March 23, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Plaintiff's March 11, 2015 pleading, which the court considers to be a Motion to Dismiss Defendant Derek Farr (Doc. #32) is GRANTED.

2. Defendant Derek Farr is DISMSISED with prejudice as a party to the Complaint.

3. The Motion for Extension of Time (Doc. #34) is DENIED as moot.

4. This case with respect to the remaining Defendant is referred back to the Magistrate Judge for further proceedings.

DONE this 20th_ day of April, 2015.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE